UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS DISTRICT COUNCIL OF TENNESSEE VALLEY AND VICINITY PENSION FUND, et al., | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 1:10-CV-167 ) |
| v. | ) Collier/Carter ) |
| B&D ENTERPRISES AND CONTRACTING, INC., BILLY W. BUMPUS, and DENISE L. BUMPUS, | ) ) ) ) |
| Defendants. | ) |

## **O R D E R**

Before the Court is Plaintiffs' motion for default judgment against Defendants B&D Enterprises and Contracting, Inc., Billy W. Bumpus, and Denise L. Bumpus (Collectively "Defendants") (Court File No. 8). The Court referred this matter to United States Magistrate Judge William B. Mitchell Carter, who has filed his report and recommendation pursuant (Court File No. 17). Neither party filed an objection within the given fourteen days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS**:

(1)  Plaintiffs' motion for default judgment is **GRANTED** (Court File No. 8).

(2)  Plaintiff is awarded judgment against Defendants, who are jointly and severally liable, in the amount of $184,847.55 plus post-judgment interest, in accord with 28 U.S.C. § 1961(b).

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**